IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| TIARE TECHNOLOGY, INC., <br><br> Plaintiff <br><br> v. <br><br> RAISING CANES RESTAURANTS, LLC and RAISING CANES USA, LLC, <br><br> Defendants. | No. 2:21-CV-00153-JRG-RSP <br><br> **JURY TRIAL DEMANDED** |

**UNOPPOSED MOTION FOR 15-DAY EXTENSION TO RESPOND TO COMPLAINT**

Defendants Raising Cane's Restaurants, LLC and Raising Cane's USA, LLC (collectively "Defendants") by and through the undersigned counsel, hereby respectfully move the Court for a 15-day extension of time to respond to the original complaint, from July 29, 2021 to August 13, 2021.  This motion is unopposed by Plaintiff Tiare Technology, Inc. ("Plaintiff").

Defendants previously requested and received a total of 45 days extension to respond to the original complaint.  Dkt. Nos. 13-16.  Defendants have requested, and Plaintiff has consented to, an additional 15 day extension, subject to the approval of the Court.

Defendants request this additional extension in good faith in view of their upcoming deadline to respond to the complaint, and not for purposes of delay.

A proposed order is submitted herewith.

Dated: July 21, 2021

Co-Counsel:

Jason E. Mueller
jmueller@sheppardmullin.com
Texas State Bar No. 24047571
SHEPPARD MULLIN RICHTER & HAMPTON LLP
2200 Ross Avenue, 20th Floor
Dallas, TX 75201
Telephone:  469-391-7402
Facsimile:  469-391-7550

*Attorneys for Defendants*
*RAISING CANES RESTAURANTS, LLC and RAISING CANES USA, LLC*

Respectfully Submitted,

By: *Lowell D. Mead*
    Lowell D. Mead
    lmead@cooley.com
    COOLEY LLP
    3175 Hanover Street
    Palo Alto, CA  94304-1130
    Telephone: +1 650 843 5000
    Facsimile:  +1 650 849 7400

*Attorneys for Defendants*
*RAISING CANES RESTAURANTS, LLC and RAISING CANES USA, LLC*

**CERTIFICATE OF CONFERENCE**

The plaintiff is unopposed to the relief requested herein.

*/s Lowell D. Mead*
Lowell D. Mead

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this document was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).  Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by U.S. First Class mail on July 21, 2021.

*/s Lowell D. Mead*
Lowell D. Mead
