IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| TIARE TECHNOLOGY, INC., <br><br> Plaintiff <br><br> v. <br><br> RAISING CANES RESTAURANTS, LLC and RAISING CANES USA, LLC, <br><br> Defendants. | No. 2:21-CV-00153-JRG-RSP <br><br> **JURY TRIAL DEMANDED** |

### [PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR 15-DAY EXTENSION TO RESPOND TO COMPLAINT

Before the Court is the Unopposed Motion for 15-Day Extension to Respond to Complaint filed by Defendants Raising Cane's Restaurants, LLC and Raising Cane's USA, LLC (collectively "Defendants"). The motion is hereby GRANTED. Defendants' deadline to respond to the original complaint is extended from July 29, 2021 to August 13, 2021.